**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 00-11002**
**Summary Calendar**
_____

**NICK C. VENTURA,**

**Plaintiff-Appellant,**

**VERSUS**

**LINDA HARDGE; DALLAS INDEPENDENT SCHOOL DISTRICT,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
For the Northern District of Texas

(3:99-CV-1468-R)
_____

February 6, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the United States District Court in its Memorandum Opinion and Order filed under date of August 8, 2000, we affirm the decision of the district court to grant summary judgment

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in favor of both defendants.

**AFFIRMED.**